IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CR-91-220-D |
| JUAN CARLOS ANGULO-LOPEZ, | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Defendant Juan Carlos Angulo-Lopez's *pro se* Motion for Reduction or Modification of His Previously Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. No. 1332]. Defendant seeks a reduction of a life term of imprisonment based on Amendment 782 of the United States Sentencing Guidelines. The Federal Public Defender has been appointed to represent Defendant for purposes of the Motion. Counsel has filed an Advisement [Doc. No. 1334] setting forth some relevant facts and circumstances and asking that Defendant's Motion be considered with fairness and mercy.

Not acknowledged by counsel but plainly shown by the record and stated in a preliminary report of the Probation Office [Doc. No. 1326], Defendant is not eligible for sentencing relief because Amendment 782 does not have the effect of lowering his applicable guideline range of imprisonment. Therefore, a sentence reduction under § 3582(c)(2) is not authorized. *See United States v. McGee*, 615 F.3d 1287, 1292-93 (10th Cir. 2010) (affirming denial of Defendant's prior motion under Amendment 706); *United*

*State v. Angulo-Lopez*, 575 F. App'x 829, (10th Cir. 2014) (affirming denial of Defendant's prior motion under Amendment 750). In this situation, the Court lacks jurisdiction to grant the Motion, and the appropriate disposition is dismissal of the Motion. *See United States v. Womack*, 833 F.3d 1237, 1242 (10th Cir. 2016); *United States v. White*, 765 F.3d 1240, 1250 (10th Cir. 2014).

IT IS THEREFORE ORDERED that Defendant's Motion for Reduction or Modification of His Previously Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. No. 1332] is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 19th day of April, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE